**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AMANDA VO, individually and on behalf of a putative class, | No. 19-CV-07187 |
| *Plaintiff*, | |
| v. | Hon. Charles P. Kocoras |
| VSP RETAIL DEVELOPMENT HOLDING, INC., a Delaware corporation, | |
| *Defendant*. | |

**DOCKETING STATEMENT**

Pursuant to Circuit Rule 3(c)(1) and 28(a), Plaintiff Amanda Vo submits this Docketing Statement in furtherance of her Notice of Appeal filed on April 23, 2020 (Dkt. 32), and hereby states as follows:

**I.     JURISDICTION OF THE DISTRICT COURT**

The District Court had jurisdiction over Plaintiff's underlying civil action under 28 U.S.C. § 1332(d)(2). Plaintiff is a citizen of the State of Illinois. Defendant VSP Retail Development Holding, Inc. ("Defendant") is a citizen of Delaware and California, as it is incorporated in Delaware, and has its principal place of business in California. Accordingly, at least one member of the putative class is a citizen of a state different from any defendant. 28 U.S.C. § 1332(d)(2)(A). In addition, and as Defendant alleged in its Notice of Removal the amount in controversy exceeds $5,000,000.00, exclusive of interests and costs. (Dkt. 1). Finally, none of the exceptions under 28 U.S.C. § 1332(d)(3)–(4) apply to the instant action.

1

## II. JURISDICTION OF THE COURT OF APPEALS

Plaintiff appeals the Judgment entered on March 25, 2020 (Dkt. 31), in furtherance of the Order of the District Court for the Northern District of Illinois entered on that same date (Dkt. 30), that granted Defendant's Motion to Dismiss Plaintiff's Class Action Complaint. (Dkt. 11.) Accordingly, the United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

Plaintiff's Notice of Appeal was timely filed with the District Court on April 23, 2020. (Dkt. 32.)

Dated: April 29, 2020

Respectfully Submitted,

AMANDA VO, individually and on behalf of a putative class,

By: /s/ David L. Gerbie
One of Plaintiff's Attorneys

Myles McGuire
Evan M. Meyers
David L. Gerbie
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I electronically filed the foregoing *Docketing Statement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to the following counsel of record:

Christopher E. Kentra
ckentra@burkelaw.com
Brian Weinthal
bweinthal@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue
Suite 2100
Chicago, IL 60611
Tel: (312) 840-7142

                                                                       /s/ David L. Gerbie